FILED
 2008 Dec-02 PM 12:55
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| BADRA KABA,<br><br>         Petitioner,<br><br>vs.<br><br>MICHAEL MUKASEY, et al.,<br><br>         Respondents. | ]<br>]<br>]<br>]<br>]   CV-08-JHH-RRA-1264-M<br>]<br>]<br>]<br>] |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, this action is hereby **DISMISSED**.  Each party is to bear its own costs.

**DONE** this the   2nd   day of December, 2008.

_____
SENIOR UNITED STATES DISTRICT JUDGE