# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| BADRA KABA, | ] |
| Petitioner, | ] |
| vs. | ]   CV-08-JHH-RRA-1264-M |
| MICHAEL MUKASEY, et al., | ] |
| Respondents. | ] |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, this action is hereby **DISMISSED**.  Each party is to bear its own costs.

**DONE** this the   2nd   day of December, 2008.

_____
SENIOR UNITED STATES DISTRICT JUDGE